# Commonwealth *v.* Arford, Appellant.

*, Criminal law—Affray—Unlawful assembly—Evidence — Insufficiency.*

In an indictment charging affray, unlawful assembly and riot a verdict of guilty will be reversed, where there was no evidence to connect the defendant with the offense charged, although he was seen, but not at the place of the affray, with other persons who were properly convicted.

Argued October 20, 1924.   Appeal, No. 82, April T., 1925, by defendant, from judgment of Q. S. Cambria Co., June Sessions, 1924, No. 65, on verdict of guilty in the case of Commonwealth of Pennsylvania v. L. E. Neff et al.   Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ.   Reversed.

Indictment for affray, unlawful assembly and riot. Before FINLETTER, J., First Judicial District, specially presiding.

The opinion of the Superior Court states the case.

Verdict of guilty on the counts charging affray and unlawful assembly, but not guilty on the count charging riot.   Judgment of sentence was passed.   Defendant appealed.

*Error assigned* was, among others, the charge of the court.

*Alvin Sherbine,* and with him *Ray Patton Smith,* for appellant.

*D. P. Weimer,* District Attorney, for appellee.

PER CURIAM, November 17, 1924:

Appellant was convicted with appellant in No. 80, April Term, 1925, (Com. v. Neff), in which an opinion

has this day been filed affirming the conviction. The record shows that appellant was seen in the parade described. in the evidence at a time when there was no disorder of any kind; but the evidence does not connect him with the offenses of which he was convicted; we must therefore sustain his appeal.

Judgment reversed and record remitted with instructions to discharge appellant.